622

417 A.2d 782

Commonwealth v. Polimeni, Appellant.

Submitted May 7, 1979. Patrick McFalls, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.